UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

XCALIBER INTERNATIONAL
LIMITED, LLC, ET AL

versus                                                    CIVIL ACTION NO. 04-0069

CHARLES C. FOTI, JR.
*********************************************************************

## MOTION FOR RECONSIDERATION OF THE MAGISTRATE JUDGE'S JULY 3, 2007 ORDER

**NOW INTO COURT**, through undersigned counsel, comes Charles C. Foti, Jr., Attorney General for the State of Louisiana, who respectfully requests that the Magistrate Judge reconsider her July 3, 2007 order requiring the State of Louisiana to turn over thousands of privileged emails for the reasons set forth in the attached memorandum.

**WHEREFORE**, Charles C. Foti, Jr., Attorney General for the State of Louisiana, prays that this Motion for Reconsideration of the Magistrate Judge's July 3, 2007 Order be granted.

Respectfully submitted,

CHARLES C. FOTI, JR., ATTORNEY GENERAL

*/s/ Stacie L. deBlieux*
Stacie L. deBlieux, La Bar Roll 29142
Gol S. Hannaman, La Bar Roll 29421
Assistant Attorneys General
*Louisiana Department Of Justice*
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000

271214.1

and

Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
*McGlinchey Stafford, PLLC*
14th Floor, One American Place
Baton Rouge, LA 70825
Telephone: (225) 383-9000
*Attorneys for Attorney General State of Louisiana*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to L. Rand Dennis, Esq., Thomas L. Enright, Jr., Esq., J. Brian Juban, Esq., Kyle Melbourne Keegan, Esq., and Stacie L. deBlieux, Esq., by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 16th day of July, 2007.

/s/ Stacie L. deBlieux
Stacie L. deBlieux

271214.1