UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **XCALIBER INTERNATIONAL LIMITED, LLC, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-0069** |
| **CHARLES C. FOTI, JR.** | **SECTION "S" (4)** |

### ORDER

Before the Court are a **Motion for Expedited Consideration of the Attorney General's Motion to Stay the Magistrate Judge's July 3rd Order (Rec. Doc. No. 106)** and a **Motion to Stay the Magistrate Judge's July 3rd Order (Rec. Doc. No. 105)** filed by the defendant, Charles C. Foti, Jr., Attorney General of the State of Louisiana. The movant does not indicate whether the *ex parte* motions are filed with consent of opposing counsel or whether the motions are opposed, requiring that they be set for hearing rather than submitted *ex parte*. L.R. 7.2E, 7.3E.

On July 3, 2007, the undersigned issued an order granting in part the plaintiffs' motion to compel discovery and ordering Foti to produce, within 15 days, unredacted copies of the emails that are responsive to the plaintiffs' discovery. Rec. Doc. No. 103. The order came upon motion to compel and consideration of Foti's failure to respond to the plaintiffs' discovery requests and production of privilege logs related to the emails at issue. Foti has filed a motion seeking reconsideration of this Court's July 3, 2007, order. Rec. Doc. No. 107.

The discovery rules are accorded a broad and liberal treatment. *Hebert v. Lando*, 441 U.S. 153, 176 (1979). In addition, "it is well established that the scope of discovery is within the sound discretion of the trial court." *Coleman v. American Red Cross*, 23 F.3d 1091, 1096 (6th Cir. 1994). Thus, in order for the Court to exercise its discretion and consider the defendant's motion for reconsideration, and any opposition thereto, the Court will grant the stay on execution of its prior order pending issuance of ruling on the motions to reconsider by the undersigned. Accordingly,

**IT IS ORDERED** that the defendant's **Motion for Expedited Consideration of the Attorney General's Motion to Stay the Magistrate Judge's July 3rd Order (Rec. Doc. No. 106)** is **GRANTED** and the motion is considered on the briefs without need of a reply from the plaintiffs.

**IT IS FURTHER ORDERED** that the defendant's **Motion to Stay the Magistrate Judge's July 3rd Order (Rec. Doc. No. 105)** is **GRANTED** and the Order directing production of the unredacted emails issued July 3, 2007 (Rec. Doc. No. 103) is **STAYED** pending issuance of a ruling by the undersigned magistrate judge on the defendant's motion for reconsideration (Rec. Doc. No. 107).

New Orleans, Louisiana, this 18th day of July, 2007.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**